J. E. BERNARD & CO., INC., *v.* UNITED STATES

**No. 5705.**—Invoice dated Swatow, China, May 16, 1939.
Entered at Chicago, Ill., June 21, 1939.
Entry No. 4390 B.

(Order dated September 1, 1942)

*Wallace & Schwartz* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney),
for the defendant.

ORDER

OLIVER, Presiding Judge: Upon reading and filing the annexed stipulation between counsel for the parties hereto, it is

ORDERED that the error in the stipulation on the merits previously entered into between the parties, and in the decision and judgment rendered in this case on the 26th day of June, 1942, (Reap. Dec. No. 5671) be corrected by changing the words "appraised value thereof, less the amount added under duress" to "entered value thereof, less the amount added under duress."